# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 23, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

163121(6)

MARIAN ZOMA,
        Plaintiff,

v                                                            SC: 163111

BOARD OF LAW EXAMINERS,
        Defendant.
_____/

On order of the Chief Justice, the motion of plaintiff to seal all records is GRANTED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 23, 2021



Clerk